IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
May 14, 2025
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
       DEPUTY CLERK

| | |
|---|---|
| **TONY A. MESSER, et al.,** ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:24CV00037 |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| **GARRISON INVESTMENT GROUP** ) | JUDGE JAMES P. JONES |
| **LP, et al.,** ) | |
| ) | |
| ) | |
| Defendants. ) | |

The Defendants' Motion to Dismiss, ECF No. 15, having been granted without prejudice, final judgment is entered in favor of the Defendants.

The Clerk shall close the case.

ENTER: May 14, 2025

/s/ JAMES P. JONES
Senior United States District Judge